

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ROBERT HARRON,                          §           No. 08-17-00239-CR

               Appellant,           §               Appeal from the

v.                                      §           205th District Court

THE STATE OF TEXAS,                     §           of El Paso County, Texas

               State.               §               (TC# 20160D03600)

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **August 5, 2018**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, State's attorney, prepare the State's brief and forward the same to this Court on or before August 5, 2018.

IT IS SO ORDERED this 21st day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.